AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowbeer, Hildy | USDC - District of Minnesota | 08/09/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge - full time | ☐ Nomination ☐ Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building and U.S. Courthouse
Suite 632
316 N. Robert St.
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | 3M Company Pension Plan - former employer, no control other than to specify when pension payments will start; intend to recuse from all 3M matters before Court |
| 2. | 1997 | 3M Company Long Term Incentive Plan (stock options and Restricted Stock Units) - former employer; options and RSUs already granted will vest over time |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | New Harbinger Publishing Company - book royalties | $1,774.62 |
| 2. | 2016 | Taylor & Francis Group - book royalties | $214.05 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Product Liability Advisory Council | March 31-April 1, 2016 | Miami, FL | Product Liability Advisory Council Spring Conference | Transportation, meals, and lodging |
| 2. | CLECI | June 1-3, 2016 | Denver, CO | Rocky Mountain Intellectual Property & Technology Institute | Transportation, meals, and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 08/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Checking Account | A | Interest | K | T | | | | | |
| 2. Rental Property #1, Collier County, FL | D | Rent | N | R | | | | | |
| 3. Northwestern Mutual Whole Life Insurance Policies | D | Dividend | N | T | | | | | |
| 4. Collegebound 529 Invesco Moderate College Port C | | None | K | T | | | | | |
| 5. Trust #1 (H) | | | | | | | | | |
| 6. Fidelity Individual Account (Money Market) (SPAXX) | A | Interest | M | T | | | | | |
| 7. 3M Company Stock (common) | D | Dividend | N | T | | | | | |
| 8. TOD #1 (H) | | | | | | | | | |
| 9. Fidelity Government Money Market (SPAXX) (X) | A | Interest | J | T | | | | | |
| 10. 3M Company Restricted Stock Units (unvested) | A | Dividend | L | T | Buy (add'l) | 02/10/16 | L | | |
| 11. | | | | | Buy (add'l) | 03/17/16 | N | | |
| 12. | | | | | Sold (part) | 03/17/16 | O | | |
| 13. | | | | | Buy (add'l) | 08/08/16 | M | | |
| 14. | | | | | Sold (part) | 08/08/16 | N | | |
| 15. 3M Company VIP Excess (deferred compensation plan / no control) (cash) | | None | N | T | | | | | |
| 16. 3M Company Medical Savings Account | A | Interest | K | T | | | | | |
| 17. 3M Company Stock Options | | None | P1 | T | Sold (part) | 03/14/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 08/03/16 | M | | |
| 19. Brokerage Account #1 (H) | | | | | | | | | |
| 20. DREYFUS GENERAL MNY MKT FUND CL B | A | Int./Div. | J | T | | | | | |
| 21. RUSSELL TAX-MANAGED U.S. MID & SMALL CAP FUND CLASS S | B | Distribution | K | T | | | | | |
| 22. RUSSELL INT'L DEVELOPED MKTS FUND CLASS I (conv'd from CL S 7/27/15) | C | Dividend | M | T | | | | | |
| 23. RUSSELL TAX MANAGED U.S. LARGE CAP FUND CLASS S | C | Dividend | N | T | | | | | |
| 24. RUSSELL EMERGING MARKETS FUND CL S | A | Dividend | K | T | | | | | |
| 25. RUSSELL GLOBAL REAL ESTATE SECURITIES FUND CLASS S | B | Dividend | K | T | | | | | |
| 26. RUSSELL TAX EXEMPT BOND FUND CLASS S | C | Distribution | M | T | | | | | |
| 27. Trust #2 (H) | | | | | | | | | |
| 28. BMO Harris Bank (various accounts) (Y) | | | | | | | | | |
| 29. RBC Prime Market Money Fund (TPMXX) | A | Interest | J | T | | | | | |
| 30. Everbank FDIC INS | A | Dividend | | | Buy | 04/25/16 | J | | |
| 31. | | | | | Sold | 10/28/16 | J | | |
| 32. Franklin Income Mutual Fund (FCISX) | A | Dividend | K | T | | | | | |
| 33. Pimco Low Duration Mutual Fund (PTLCX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Templeton Foreign Mutual Fund (TEFTX) | A | Dividend | J | T | | | | | |
| 35. Thornburg Investment Income Mutual Fund (TIBCX) | A | Dividend | K | T | | | | | |
| 36. Vanguard Balanced Index FD Inc Admiral SHS (VIBAX) | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 37. IRA #1 (H) | | | | | | | | | |
| 38. Northwestern Mutual General Money Market Fund Class B | A | Interest | J | T | | | | | |
| 39. Invesco Balanced-Risk Commodity Strategy Fund Class Y (BRCYX) | | None | K | T | | | | | |
| 40. Brown Capital Management Small Company Fund (BCSSX) | A | Dividend | J | T | | | | | |
| 41. Columbia Acorn International Fund Class R4 | A | Dividend | | | Sold | 09/19/16 | K | | |
| 42. Dodge & Cox Income Fund (DODIX) | B | Dividend | L | T | | | | | |
| 43. Europacific Growth Fund Class F-2 (AEPFX) | A | Dividend | L | T | Buy (add'l) | 09/19/16 | K | | |
| 44. Fidelity Advisor Mid Cap Fund Class I (FIIMX) | B | Dividend | K | T | | | | | |
| 45. Fidelity Advisor New Insights Fund Class I (FINSX) | D | Dividend | M | T | Sold (part) | 04/27/16 | J | | |
| 46. The Oakmark International Fund Class I (OAKIX) | A | Dividend | L | T | Buy (add'l) | 09/19/16 | J | | |
| 47. The Oakmark International Small Cap Fund (OAKEX) | A | Dividend | K | T | | | | | |
| 48. International Growth and Income Fund Class F-2 (IGFFX) | A | Dividend | K | T | | | | | |
| 49. John Hancock Disciplined Value Mid Cap Fund Class 1 | B | Dividend | K | T | Sold (part) | 04/27/16 | J | A | |
| 50. MFS Value Fund Class 1 | C | Dividend | L | T | Sold (part) | 04/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Metropolitan West Total Return Bond Fund Class I | A | Dividend | L | T | Sold (part) | 04/27/16 | J | A | |
| 52. New World Fund - Class F2 | A | Dividend | K | T | | | | | |
| 53. Northern Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 54. Parnassus Core Equity Fund Institutional Class | B | Dividend | L | T | | | | | |
| 55. PIMCO Income Fund Class P | B | Dividend | K | T | | | | | |
| 56. T Rowe Price Emerging Markets Stock Fund | A | Dividend | K | T | | | | | |
| 57. T Rowe Price Real Estate Fund | A | Dividend | K | T | | | | | |
| 58. IRA #2 (H) | | | | | | | | | |
| 59. RBC Cash and Federated Money Market Fund | A | Interest | L | T | | | | | |
| 60. Alliance Bernstein Global Bond Mutual Fund (ANAYX) | B | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 61. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 62. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 63. | | | | | Sold (part) | 07/21/16 | K | A | |
| 64. AMG Southersun US Equity INSTL CL | | None | | | Buy | 05/02/16 | K | | |
| 65. | | | | | Sold | 10/26/16 | K | | |
| 66. Artisan Partners FDS Inc INTL Value FD ADV SH (APDKX) | B | Dividend | M | T | Buy | 05/02/16 | L | | |
| 67. | | | | | Buy (add'l) | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 69. Brandes Emerging Markets Mutual Fund (BEMIX) | B | Dividend | K | T | Sold (part) | 02/08/16 | J | | |
| 70. | | | | | Sold (part) | 05/02/16 | J | | |
| 71. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 72. Brandes INVT TR INTL Small Cap Equity FD CL I (BSMIX) | B | Dividend | K | T | Buy | 08/01/16 | K | | |
| 73. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 74. Dodge & Cox Stock Mutual Fund | B | Dividend | | | Buy (add'l) | 02/08/16 | K | | |
| 75. | | | | | Sold (part) | 03/03/16 | J | | |
| 76. | | | | | Sold | 05/02/16 | L | | |
| 77. Diamond Hill FDS Small Cap FD CL I (DHMIX) | A | Dividend | L | T | Buy | 02/08/16 | K | | |
| 78. | | | | | Sold (part) | 03/03/16 | J | | |
| 79. | | | | | Sold (part) | 05/02/16 | J | A | |
| 80. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 81. Diamond Hill Long-Short Mutual Fund | | None | | | Sold | 02/08/16 | M | | |
| 82. Deutsche Croci Int'l Mutual Fund | B | Dividend | | | Buy (add'l) | 02/08/16 | K | | |
| 83. | | | | | Sold (part) | 05/02/16 | K | | |
| 84. | | | | | Buy (add'l) | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold | 10/26/16 | L | | |
| 86. Ishares Core High Dividend ETF | | None | | | Sold | 02/11/16 | K | | |
| 87. Ishares Core Dividend Growth ETF | | None | | | Sold | 02/11/16 | K | | |
| 88. Ishares Core S&P 500 Index ETF (IVV) | C | Dividend | M | T | Buy (add'l) | 02/08/16 | K | | |
| 89. | | | | | Sold (part) | 03/03/16 | J | | |
| 90. | | | | | Sold (part) | 07/21/16 | K | B | |
| 91. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 92. Ishares Core S&P Mid Cap ETF (IJH) | B | Dividend | M | T | Sold (part) | 02/08/16 | J | | |
| 93. | | | | | Sold (part) | 03/03/16 | J | | |
| 94. | | | | | Sold (part) | 05/02/16 | J | | |
| 95. | | | | | Sold (part) | 07/21/16 | J | A | |
| 96. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 97. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | L | T | Buy | 02/11/16 | K | | |
| 98. | | | | | Sold (part) | 03/03/16 | J | | |
| 99. | | | | | Sold (part) | 05/02/16 | J | A | |
| 100. | | | | | Sold (part) | 07/21/16 | J | A | |
| 101. | | | | | Buy (add'l) | 10/26/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. Ishares Core MSCI Total Int'l Stock ETF (IXUS) | B | Dividend | L | T | Buy (add'l) | 02/08/16 | L | | |
| 103. | | | | | Sold (part) | 05/02/16 | J | | |
| 104. | | | | | Sold (part) | 07/21/16 | J | | |
| 105. | | | | | Sold (part) | 10/26/16 | J | | |
| 106. Ivy Apollo Strategic Income Fund CL I (IIPOX) | C | Dividend | L | T | Buy | 10/26/16 | L | | |
| 107. JP Morgan TR I Strategic Income Opportunities Mutual Fund | | None | | | Sold | 02/08/16 | L | | |
| 108. Loomis Sayles Strategic Income Fund Class Y (NEZYX) | C | Dividend | M | T | Buy | 02/08/16 | M | | |
| 109. | | | | | Sold (part) | 05/02/16 | J | A | |
| 110. Lord Abbett Short Duration Income Fund Cl F (LDLFX) | C | Dividend | L | T | Buy | 07/21/16 | L | | |
| 111. Mairs & Power Growth Mutual Fund | | None | | | Sold | 02/08/16 | K | | |
| 112. MFS Growth Mutual Fund (MFEIX) | A | Distribution | M | T | Sold (part) | 02/08/16 | K | | |
| 113. | | | | | Sold (part) | 03/03/16 | J | A | |
| 114. | | | | | Sold (part) | 07/21/16 | J | A | |
| 115. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 116. MFS SER TR I Value Fund Cl I (MEIIX) | B | Dividend | M | T | Sold (part) | 02/08/16 | K | | |
| 117. | | | | | Buy (add'l) | 05/02/16 | M | | |
| 118. | | | | | Sold (part) | 08/01/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 120. Natixis Loomis Sayles Strategic Mutual Fund | | None | | | Sold | 02/08/16 | K | | |
| 121. Natixis FDS TR II ASG Mnagd Futures Strategy FD CL Y | | None | | | Sold (part) | 02/08/16 | J | | |
| 122. | | | | | Sold (part) | 03/03/16 | J | | |
| 123. | | | | | Sold (part) | 05/02/16 | J | | |
| 124. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 125. | | | | | Sold (part) | 08/01/16 | K | | |
| 126. | | | | | Sold | 10/26/16 | L | | |
| 127. Oakmark Global Select Mutual Fund | A | Dividend | | | Sold (part) | 02/08/16 | K | | |
| 128. | | | | | Sold | 05/02/16 | L | | |
| 129. Oppenheimer Developing Markets FDS Cl Y (ODVYX) | A | Dividend | K | T | Buy | 02/08/16 | K | | |
| 130. | | | | | Sold (part) | 03/03/16 | J | | |
| 131. | | | | | Sold (part) | 10/26/16 | J | A | |
| 132. Templeton Income Global Total Return Mutual Fund | B | Dividend | L | T | Buy (add'l) | 03/03/16 | J | | |
| 133. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 134. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 135. | | | | | Sold (part) | 10/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Thornburg INVT TR Mutual Fund | A | Dividend | | | Sold | 02/08/16 | K | | |
| 137. Vanguard Fixed Income Secs Inter Term INVT Grade FD Adm Cl (VFIDX) | B | Dividend | L | T | Buy | 11/22/16 | L | | |
| 138. Vanguard Sector Index Financials ETF | | None | | | Sold | 02/08/16 | K | | |
| 139. Vanguard Sector Index Energy ETF | | None | | | Sold | 02/08/16 | K | | |
| 140. Vanguard Sector Index FDS Vanguard REIT ETF | B | Dividend | | | Buy | 02/08/16 | L | | |
| 141. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 142. | | | | | Sold (part) | 05/02/16 | K | C | |
| 143. | | | | | Sold (part) | 07/21/16 | J | A | |
| 144. | | | | | Sold (part) | 08/01/16 | J | A | |
| 145. | | | | | Sold | 09/08/16 | L | D | |
| 146. Vanguard Total International Bond ETF | | None | | | Buy | 02/11/16 | L | | |
| 147. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 148. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 149. | | | | | Sold | 10/09/16 | L | B | |
| 150. Vanguard Total Bond Market ETF | B | Dividend | | | Buy | 03/03/16 | M | | |
| 151. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 152. | | | | | Sold (part) | 07/21/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold (part) | 10/26/16 | K | A | |
| 154. | | | | | Sold | 11/22/16 | L | | |
| 155. Vanguard Montgomery FDS MKT Neutral FD | | None | | | Buy | 05/02/16 | K | | |
| 156. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 157. | | | | | Sold | 10/26/16 | K | | |
| 158. Voya SER FD Inc FLoating Rate FD Class I (IFRIX) | C | Dividend | L | T | Buy | 11/09/16 | L | | |
| 159. Brokerage Account #2 (H) | | | | | | | | | |
| 160. RBC Money Market Bank Deposit Program | A | Interest | K | T | | | | | |
| 161. Alliance Bernstein Global Bond Mutual Fund (ANAYX) | B | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 162. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 163. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 164. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 165. | | | | | Sold (part) | 07/21/16 | J | A | |
| 166. AMG Southersun US Equity INSTL CL | | None | | | Buy | 05/02/16 | K | | |
| 167. | | | | | Sold | 10/26/16 | K | | |
| 168. Artisan Partners FDS Inc INTL Value FD ADV SH (APDKX) | | None | L | T | Buy | 05/02/16 | K | | |
| 169. | | | | | Buy (add'l) | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 171. Brandes Emerging Markets Mutual Fund (BEMIX) | A | Dividend | K | T | Buy | 02/08/16 | K | | |
| 172. | | | | | Sold (part) | 05/02/16 | J | A | |
| 173. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 174. Brandes INVT TR INTL Small Cap Equity FD CL I (BSMIX) | A | Dividend | K | T | Buy | 08/01/16 | K | | |
| 175. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 176. Diamond Hill FDS Small Cap FD CL I (DHMIX) | A | Dividend | K | T | Buy | 02/11/16 | K | | |
| 177. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 178. Diamond Hill Long-Short Mutual Fund | A | Distribution | | | Sold | 02/08/16 | L | | |
| 179. Deutsche Croci Int'l Mutual Fund | A | Dividend | | | Buy | 02/08/16 | L | | |
| 180. | | | | | Sold (part) | 03/03/16 | J | | |
| 181. | | | | | Sold (part) | 05/02/16 | J | | |
| 182. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 183. | | | | | Sold | 10/26/16 | K | C | |
| 184. Dodge & Cox Income Mutual Fund | | None | | | Sold | 02/08/16 | K | | |
| 185. Dodge & Cox Stock Mutual Fund | | None | | | Buy (add'l) | 02/08/16 | J | | |
| 186. | | | | | Sold (part) | 03/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold | 05/02/16 | K | B | |
| 188. FPA New Income Mutual Fund | | None | | | Sold | 02/08/16 | K | | |
| 189. Ishares Core High Dividend ETF | | None | | | Sold | 02/11/16 | J | | |
| 190. Ishares Core Dividend Growth ETF | | None | | | Sold | 02/11/16 | K | | |
| 191. Ishares Core S&P 500 Index ETF (IVV) | B | Dividend | L | T | Sold (part) | 03/03/16 | J | | |
| 192. | | | | | Sold (part) | 07/21/16 | J | A | |
| 193. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 194. Ishares Core S&P Mid Cap ETF (IJH) | A | Dividend | L | T | Buy (add'l) | 02/08/16 | K | | |
| 195. | | | | | Sold (part) | 02/08/16 | J | | |
| 196. | | | | | Sold (part) | 03/03/16 | J | | |
| 197. | | | | | Sold (part) | 05/02/16 | J | | |
| 198. | | | | | Sold (part) | 07/21/16 | J | | |
| 199. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 200. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | K | T | Buy | 02/11/16 | J | | |
| 201. | | | | | Sold (part) | 03/03/16 | J | A | |
| 202. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 203. Ishares Core MSCI Total Int'l Stock ETF (IXUS) | B | Dividend | L | T | Buy | 02/08/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. | | | | | Sold (part) | 03/03/16 | J | | |
| 205. | | | | | Sold (part) | 05/02/16 | J | | |
| 206. | | | | | Sold (part) | 07/21/16 | J | A | |
| 207. | | | | | Sold (part) | 10/26/16 | J | A | |
| 208. Ishares MSCI Emerging Markets ETF | | None | | | Sold | 02/11/16 | K | | |
| 209. Ivy Apollo Strategic Income Fund CL I (IIPOX) | B | Dividend | K | T | Buy | 10/26/16 | K | | |
| 210. Loomis Sayles Strategic Income Fund Class Y (NEZYX) | B | Dividend | L | T | Buy | 02/08/16 | L | | |
| 211. | | | | | Sold (part) | 05/02/16 | J | | |
| 212. Lord Abbett Short Duration Income Fund Cl F (LDLFX) | B | Dividend | K | T | Buy | 07/21/16 | K | | |
| 213. Mairs & Power Growth Mutual Fund | | None | | | Sold | 02/08/16 | K | | |
| 214. MFS Growth Mutual Fund (MFEIX) | A | Dividend | L | T | Sold (part) | 02/08/16 | J | | |
| 215. | | | | | Sold (part) | 07/21/16 | J | A | |
| 216. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 217. MFS SER TR I Value Fund Cl I (MEIIX) | B | Dividend | L | T | Buy | 05/02/16 | L | | |
| 218. | | | | | Sold (part) | 08/01/16 | J | | |
| 219. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 220. Natixis FDS TR II ASG Mnagd Futures Strategy FD CL Y | | None | | | Buy | 02/08/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 21

Name of Person Reporting

Bowbeer, Hildy

Date of Report

08/09/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Sold (part) | 03/03/16 | J | | |
| 222. | | | | | Sold (part) | 05/02/16 | J | | |
| 223. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 224. | | | | | Sold (part) | 08/01/16 | J | | |
| 225. | | | | | Sold | 10/26/16 | K | | |
| 226. Oakmark Global Select Mutual Fund | | None | | | Sold (part) | 02/08/16 | J | | |
| 227. | | | | | Sold | 05/02/16 | L | | |
| 228. Oppenheimer Developing Markets FDS Cl Y (ODVYX) | A | Dividend | K | T | Buy | 02/08/16 | K | | |
| 229. | | | | | Sold (part) | 10/26/16 | J | | |
| 230. RS Invst Global Natural Resources Mutual Fund | | None | | | Sold | 02/08/16 | J | | |
| 231. Templeton Global Bond Market Fund | | None | | | Sold | 02/08/16 | K | | |
| 232. Templeton Income Global Total Return Mutual Fund (TTRZX) | B | Dividend | K | T | Buy | 02/08/16 | K | | |
| 233. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 234. | | | | | Sold (part) | 10/26/16 | J | | |
| 235. Thornburg INVT TR Mutual Fund | | None | | | Sold | 02/08/16 | K | | |
| 236. Vanguard Fixed Income Secs Inter Term INVT Grade FD Adm Cl (VFIDX) | B | Dividend | K | T | Buy | 11/22/16 | K | | |
| 237. Vanguard FTSE Developed Markets ETF | | None | | | Sold | 02/08/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. Vanguard Sector Index Financials ETF | | None | | | Sold | 02/08/16 | K | D | |
| 239. Vanguard Sector INdex FDS Vanguard REIT ETF | | None | | | Buy | 02/08/16 | K | | |
| 240. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 241. | | | | | Sold (part) | 05/02/16 | K | B | |
| 242. | | | | | Sold (part) | 07/21/16 | J | C | |
| 243. | | | | | Sold | 09/08/16 | K | D | |
| 244. Vanguard Total International Bond ETF | | None | | | Buy | 02/11/16 | K | | |
| 245. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 246. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 247. | | | | | Sold | 11/09/16 | K | | |
| 248. Vanguard Total Bond Market ETFff | | None | | | Buy | 03/03/16 | L | | |
| 249. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 250. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 251. | | | | | Sold (part) | 07/21/16 | K | | |
| 252. | | | | | Sold (part) | 10/26/16 | J | | |
| 253. | | | | | Sold | 11/22/16 | K | | |
| 254. Vanguard Montgomery FDS MKT Neutral FD | | None | | | Buy | 05/02/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 256. | | | | | Sold | 10/26/16 | K | | |
| 257. Voya SER FD Inc FLoating Rate FD Class I (IFRIX) | B | Dividend | K | T | Buy | 11/09/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 08/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: Purchased Feb. 2013, $412,000; see 2015, line 11.

Part VII, line 3: No underlying investments; see 2015, line 21.

Part VII, line 4: Name updated; see 2015, line 22.

Part VII, lines 4 and 15: These holdings do not report income on individual positions; they are reported only in unit value, therefore income is listed as "None," per page 40 of the filing instructions.

Part VII, line 38:  Name updated; see 2015, line 40.

Part VII, line 45: Inadvertently omitted from prior report.

Part VII, Line 116: Corporate name change; see 2015, line 90.

Part VII, Line 121: Corporate name change; see 2015, line 94.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hildy Bowbeer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544